**Order filed December 13, 2012.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-01021-CR
_____

**ERICK HERMAN SANTOS-VALDEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 56th District Court
Galveston County, Texas
Trial Court Cause No. 11CR1634**

## O R D E R

The clerk's record in this appeal was filed December 4, 2012, but no reporter's record has been filed. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record contains appellant's First Amended Motion for New Trial filed November 13, 2012, more than thirty days after appellant was sentenced on October 9, 2012. The record does not contain appellant's first motion for new trial. The motion is necessary for the court to determine whether a motion for new trial was timely

filed so as to extend time for filing the reporter's record in this appeal. *See* Tex. R. App. P. 35.2(b).

The Galveston County District Clerk is directed to file a supplemental clerk's record on or before **December 28, 2012**, containing appellant's first motion for new trial.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM